UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS MEJIA and DEANNA MEJIA,

    Plaintiffs,

v.                      Case No: 2:19-cv-151-FtM-29MRM

RIGHTWAY FUNDING LLC,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #26) filed on May 28, 2019. The case is currently administratively closed, and no answer or motion for summary judgment has been filed by defendant.

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

    **DONE and ORDERED** at Fort Myers, Florida, this __29th__ day of May, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record